# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1079

_____

Santiago Alonso-Guico

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 22, 2014
Filed: August 29, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Santiago Alonso-Guico petitions for review of an order of
the Board of Immigration Appeals, which upheld an immigration judge's denial of

withholding of removal.[1] We conclude that the denial of withholding of removal was supported by substantial evidence. See Alavez-Hernandez v. Holder, 714 F.3d 1063, 1066 (8th Cir. 2013) (to qualify for withholding of removal, applicant must show clear probability that his life or freedom would be threatened in proposed country of removal on account of protected ground); Ming Ming Wijono v. Gonzales, 439 F.3d 868, 873 (8th Cir. 2006) (when family members remain in native country unharmed and applicant himself had not been targeted for abuse, reasonableness of fear of persecution for purposes of withholding of removal is diminished). The petition for review is denied. See 8th Cir. R. 47B.

_____

---

[1]Alonso was also denied asylum (as his claim was untimely) and relief under the Convention Against Torture (CAT), but he has waived those claims. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (petitioner waives claim that is not meaningfully argued in opening brief).